**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
In re: :
:
HALAL 4 U LLC, :
: Chapter 11
:
Debtor. : Case No. 08-15216 (MG)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### NOTICE OF MOTION OF THE UNITED STATES TRUSTEE
### FOR ORDER DISMISSING OR CONVERTING CHAPTER 11 CASE

PLEASE TAKE NOTICE that, upon the within motion and the concurrently-filed memorandum of law and declaration, Diana G. Adams, the United States Trustee for Region 2, in furtherance of the duties and responsibilities set forth in 28 U.S.C. § 586(a)(3) and (a)(5), will move this Court before the Honorable Martin Glenn, United States Bankruptcy Judge, in the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, on **February 25, 2009, at 10:00 a.m.**, or as soon thereafter as counsel can be heard, for the entry of an order dismissing this chapter 11 case, or converting it to chapter 7, and for such other and further relief as the Court may deem just and proper. The original application and supporting statements are on file with the Clerk of the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE, that any responsive papers should be filed with the Court, and personally served on the United States Trustee, at 33 Whitehall Street,

21st Floor, New York, New York 10004, to the attention of Nazar Khodorovsky, Esq., no later than three days prior to the return date set forth above. Such papers shall conform to the Federal Rules of Civil Procedure and identify the party on whose behalf the papers are submitted, the nature of the response, and the basis for such response.

Dated: New York, New York
      January 21, 2009

                                  DIANA G. ADAMS
                                  UNITED STATES TRUSTEE

                        *By:*   */s/ Nazar Khodorovsky*
                                  Nazar Khodorovsky
                                  Trial Attorney
                                  33 Whitehall Street, 21st Floor
                                  New York, New York 10004
                                  Tel. No. (212) 510-0500
                                  Fax. No. (212) 668-2255